IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALLEN LEVIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 03 C 2160 |
| ) | Judge John W. Darrah |
| KLEUVER & PLATT, LLC ) | Magistrate Judge Keys |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

### NOTICE OF FILING

TO: Francis Greene
　　Edelman Combs & Latturner
　　120 S. LaSalle Street, 18th Floor
　　Chicago, IL 60603

　　　Please take notice that on December 22, 2003, we caused to be filed in the United States District Court for the Northern District of Illinois, Defendant, Kleuver & Platt, LLC's **Amended Affirmative Defenses pursuant to Leave of Court**, a copy of which is hereby served upon you.

　　　　　　　　　　　　　　　Kleuver & Platt, LLC

　　　　　　　　　　　　　　　_/s/ Atonio Littleton_
　　　　　　　　　　　　　　　One of its Attorneys

David M. Schultz
Atonio P. Littleton
HINSHAW & CULBERTSON
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
(312) 704-3000

### PROOF OF SERVICE

　　　I, Atonio P. Littleton, certify that I served this notice by mailing a copy to each party to whom it is directed and depositing the same in the U.S. Mail at 222 North LaSalle, Chicago, IL by 5:00 p.m. on the 22nd day of December, 2003 with proper postage prepaid.

　　　　　　　　　　　　　　　_/s/ Atonio Littleton_

[x] Under penalties as provided by law pursuant
　　to Ill.Rev.Stat.Chap 110-Sec 1-109 I certify
　　that the statements set forth herein are true
　　and correct.

5724130v1 827927

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALLEN LEVIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 03 C 2160 |
| | ) | |
| KLUEVER & PLATT, LLC | ) | Judge John W. Darrah |
| | ) | |
| Defendant. | ) | Magistrate Judge Keys |

### DEFENDANT'S AMENDED AFFIRMATIVE DEFENSES

Defendant, KLUEVER & PLATT, LLC, by and through its attorneys, David M. Schultz and Atonio P. Littleton, and for its Amended Affirmative Defenses to Plaintiff's Complaint, states as follows:

### FIRST AFFIRMATIVE DEFENSE

For its affirmative defense, Defendant states that any violation of the FDCPA which Defendant denies occurred, was not intentional and would have resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adopted to avoid such error.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff fails to state a cause of action. Defendant provided the requisite notice in compliance with the FDCPA.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff agreed to reinstate the mortgage referred to in plaintiff's complaint. Plaintiff's claim is barred by the Voluntary Pay doctrine and/or accord and satisfaction.

WHEREFORE, Defendant, prays for entry of judgment for Defendant and against Plaintiff.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a cause of action. Plaintiff's Complaint alleges that the first communication by defendant to plaintiff was a complaint and summons served upon plaintiff. However, the service of the summons and complaint upon plaintiff was not the first communication from defendant to plaintiff within the meaning of the Fair Debt Collection Practices Act.

Respectfully submitted,

Kluever & Platt, LLC

By: *[signature: Atonio Littleton]*
One of its attorneys

HINSHAW & CULBERTSON
David M. Schultz
Atonio P. Littleton
222 N. LaSalle Street
Suite 300
Chicago, IL 60601-1081
312-704-3000

2