IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALLEN LEVIN, | ) | |
|     Plaintiff, | ) | 03 C 2160 |
| v. | ) | Judge John W. Darrah |
| | ) | Magistrate Judge Keys |
| KLUEVER & PLATT, LLC | ) | |
|     Defendant. | ) | |

FILED
APR 0 9 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

APR 1 5 2004

## NOTICE OF MOTION

TO:    David M. Schultz
Atonio P. Littleton
Hinshaw & Culbertson
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
(312) 704- 3000
(312)704- 3001 FAX

        **PLEASE TAKE NOTICE** that on April 15, 2004, at 9:00 a.m. or as soon thereafter as we may be heard, we will appear before Judge Darrah in Room 1203 in the United States District Court for the Northern District of Illinois and then and there present: **PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT AND NOTICE TO THE CLASS**, a copy of which is attached and hereby served upon you.

                                                          /s/ Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tara L. Goodwin
Francis R. Greene
EDELMAN, COMBS & LATTURNER, LLC

120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Francis R. Greene, certify that on April 9, 2004 I had a copy of this notice and the documents referred to therein sent by U.S. Mail to the persons to whom this notice is addressed.

Francis R. Greene

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALLEN LEVIN, | ) | |
| Plaintiff, | ) | 03 C 2160 |
| | ) | |
| v. | ) | Judge John W. Darrah |
| | ) | Magistrate Judge Keys |
| KLUEVER & PLATT, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**FILED APR 0 9 2004 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT AND NOTICE TO THE CLASS**

Plaintiff, Allen Levin, pursuant to Fed. R. Civ. P. 23, asks this Court to enter an order (1) preliminarily approving the settlement agreement; (2) approving the method and form of notice to the class and opt-out procedures as satisfying the requirements of due process and Rule 23 of the Federal Rules of Civil Procedure; and (3) scheduling a hearing for final approval of the settlement agreement and entry of a final order.

In support of this motion, plaintiff states as follows:

1. Plaintiff brought this class action against defendant Kluever & Platt, LLC on March 26, 2003 claiming defendant had violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA"). Plaintiff alleged that defendant had brought a foreclosure action against him on behalf of the holder or servicer of his mortgage loan and attached the § 1692g notice to the summons and complaint as the eighth page in a package consisting of sixteen pages, inserting it between the text of the complaint and the exhibits thereto. Plaintiff claimed that attaching the §1692g notice in this manner failed to provide him adequate notice of his rights under § 1692g.

Defendant denies that it violated the FDCPA or that it otherwise committed any of the wrongful acts alleged in the complaint.

2. Counsel for plaintiff and defendant have reviewed and analyzed the legal and factual issues presented in this action, the risks and expense involved in pursuing the litigation to conclusion, the likelihood of recovering damages in excess of those obtained through this settlement, the protracted nature of the litigation, and the likelihood, costs, and possible outcomes of one or more appeals. Based upon their review and analysis, plaintiff and defendant entered into the Class Action Settlement Agreement ("the Agreement") attached as Appendix A to this motion.

3. Under the Agreement, plaintiff Allen Levin individually, and on behalf of a class, and five individuals also represented by class counsel, Joseph C. Ziegler, Jr., Lannie R. Spreitzer, Leslie A. Spreitzer, Christopher J. Zander, and Cynthia L. Zander (collectively, the "Individual Claimants") agree to settle their claims against defendant. Some key terms and conditions of the Agreement are as follows:

> a. Class Certification. The parties agree that the settlement applies to:
>
> (a) all persons
> (b) against whom K&P filed a mortgage foreclosure or other collection lawsuit
> (c) and purported to comply with § 1692g by attaching the notice to the end of the text of the complaint;
> (d) where the complaint was filed on or after a date one year prior to the filing of this action.

The class, as defined, consists of approximately 1,482 individuals.

> b. Class Notice. Defendant will give, or cause to be given, notice to the class members by U.S. Mail which permits the provision of address correction information. The form of the Notice is attached as Exhibit B to the Agreement. Defendant will bear the expense of sending

2

out notice and distributing the settlement funds to the class.

  c. <u>Class Members' Right to Opt Out</u>. Class members may seek to be excluded from the Agreement and the lawsuit by opting out of the settlement class within the time period set by this Court. Any member who opts out of the settlement class shall not be bound by the terms of the Agreement and shall not be entitled to any of the monetary benefits set forth in the Agreement.

  d. <u>Claim Form</u>. In order to receive a portion of the cash payment under the settlement, class members must complete and return a claim form. The claim form will be provided with the class notice.

  e. <u>Relief to Plaintiff and the Class</u>. Defendant agrees, upon final approval of the Court, to pay (1) $1,000 to Plaintiff to settle his individual claim and, if the Court so orders, an additional $500 for his services as class representative, an amount to be deducted from the amount slated for relief to the Class; and (2) $6,000 ($5,500 if the Court awards plaintiff an incentive award of $500) to the Class, to be distributed <u>pro rata</u> to each class member who sends in a claim form.

  f. <u>Attorneys' Fees and Costs</u>: Subject to the Court's approval, defendant will pay plaintiff's counsel $19,500 for attorneys' fees and costs.

  g. <u>Relief to the Individual Claimants</u>. Defendant agrees to pay Joseph C. Ziegler Jr. $2,000, Leslie and Lannie Spreitzer $1,000, and Cynthia and Christopher Zander $1,000 to settle their individual claims.

  h. <u>Unclaimed Settlement Funds</u>. Any unclaimed class member funds remaining 120 days after mailing of checks to class members will be donated to the Legal Assistance

Foundation of Metropolitan Chicago on a cy pres basis.

4. Counsel for the Plaintiff and the proposed class believe that the settlement of these actions on the terms and conditions set forth in the Agreement is fair, reasonable, and adequate, and would be in the best interest of the class members.

5. The parties have submitted a draft preliminary approval order, attached as Exhibit C to the Agreement. The parties request 30 days from the date of the entry of the order for defendant to cause notice to be mailed to the class.

6. Defendant's counsel has reviewed all the settlement documents and does not oppose this motion.

WHEREFORE, plaintiff Allen Levin respectfully asks the Court to enter an order in the form of Exhibit C to the Agreement, attached hereto, which (i) grants preliminary approval of the proposed settlement, (ii) directs the mailing of notice, in the form of Exhibit B to the Agreement, attached hereto, and (iii) sets dates for opt-outs, objections, and return of claim forms, and schedules a hearing for final approval under Fed. R. Civ. P. 23(e).

Respectfully submitted,

Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS & LATTURNER, LLC
120 S. LaSalle St., Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (fax)

# SEE CASE FILE FOR EXHIBITS